UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION



UNITED STATES OF AMERICA,

v.

RICHARD OWEN, II,

Defendant.

File No. 1:13-CR-117

ORDER

Application for leave of absence has been requested by Beau A. Worthington for October 6, 2014 through October 10, 2014. The above and foregoing request for leave of absence is approved.

SO ORDERED this 28th day of August, 2014.

DUDLEY H. BOWEN, JR.

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF GEORGIA