UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 OCT -7 AM 9:44
CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 113-117 |
| | ) | |
| RICHARD LEE OWEN, II | ) | |
| | ) | |
| Defendant | ) | |

### ORDER

Considering the United States' Consent Motion for Early Production of Documents (doc. 86),

IT IS HEREBY ORDERED that the attached subpoena shall require compliance therewith, and the records described therein shall be delivered to the Clerk of Court for the United States District Court at 600 James Brown Boulevard, Augusta, Georgia, 30901, in person or by Federal Express no later than the 22nd day of October, 2014.

SO ORDERED, this ___ day of October, 2014.

_____
DUDLEY H. BOWEN, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA