FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 OCT 20 PM 4:11
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CR 113-117 |
| | ) | |
| RICHARD LEE OWEN, II. | ) | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS 9 AND 23 AND FILE A REDACTED INDICTMENT

The United States of America has filed a motion to dismiss Counts 9 and 23 of the Second Superseding Indictment and file a redacted indictment.

In June 2014, Defendant was indicted in a second superseding indictment charging him with bank fraud and aggravated identity theft. Defendant faces 34 counts. The government seeks permission to dismiss Count 9 and Count 23 of the current indictment, which relate to a check in the amount of $3,593.01, and file a redacted indictment which deletes those two charged counts. The government avers that defense counsel does not object to this motion.

Upon due consideration, the Court **GRANTS** the government's motion. (Doc. no. 104.) Counts 9 and 23 of the Second Superseding Indictment are hereby **DISMISSED** and the government may file a redacted indictment reflecting the dismissal of those two counts.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE