UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 113-117 |
| | ) | |
| RICHARD LEE OWEN, II | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Application for leave of absence has been requested by Jennifer G. Solari for March 23, 2015 through and including March 28, 2015.

The above and foregoing request for leave of absence is approved.

SO ORDERED this 11th day of February, 2015.

_____
DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA