# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3: 30

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 113-117 |
| | ) | |
| RICHARD LEE OWEN, II | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Application for leave of absence has been requested by Jennifer G. Solari for June 8, 2015 through and including June 10, 2015.

The above and foregoing request for leave of absence is approved.

SO ORDERED this _____ day of _____ May _____, 2015.

DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA