UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL 29 PM 3:08
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR 113-117 |
| ) | |
| RICHARD LEE OWEN, II ) | |
| ) | |
| Defendant ) | |

### ORDER

Application for leave of absence has been requested by Jennifer G. Solari for July 30, 2015 through and including August 3, 2015.

The above and foregoing request for leave of absence is approved.

SO ORDERED this 29th day of July, 2015.

DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA